UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| THOMAS IRVIN,<br><br>    Plaintiff,<br><br>v.<br><br>BARRY TAYLOR, *et al.*,<br><br>    Defendants. | CIVIL ACTION NO. 5:23-142-KKC-MAS<br><br><br>**<u>ORDER</u>** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on Defendant Barry Taylor's motion for summary judgment (DE 82). Magistrate Judge Matthew Stinnett has filed a Report and Recommendation (DE 95) in which he recommends that the Court grant the motion.

As Judge Stinnett explained in his recommendation, the sole claims remaining in this action are Plaintiff Thomas Irvin's Eighth Amendment claims against Taylor and defendant James Ashley. To date, Ashley has not been served with a copy of the complaint despite the U.S. Marshals Service's repeated attempts to do so. Judge Stinnett has ordered Irvin to show cause by July 21, 2025 why his claim against Ashley should not be dismissed under Federal Rule of Civil Procedure 4(m).

Judge Stinnett recommends that the Court grant Taylor's motion for summary judgment. Irvin has not objected to that recommendation, and the time for doing so has passed. Further, the Court agrees with Judge Stinnet's analysis. Accordingly, the Court hereby ORDERS that the recommendation is adopted and, for the reasons, stated in the recommendation, Taylor's motion for summary judgment (DE 82) is GRANTED.

July 17, 2025



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY