UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| THOMAS IRVIN, <br><br> Plaintiff, <br><br> v. <br><br> BARRY TAYLOR, <br> JAMES ASHLEY, <br> JORGE CRUZ, <br> JAY JOHNSON, and <br> KENNY BURKHEAD <br><br> Defendants. | CIVIL ACTION NO. 5:23-142-KKC-MAS <br><br><br> **JUDGMENT** |

*** *** ***

Pursuant to the opinions entered on this date and on May 17, 2023 (DE 6) and July 17, 2025 (DE 98), the Court hereby ORDERS as follows:

1) Summary judgment is entered in favor of defendant Barry Taylor;

2) The claims against defendants Jorge Cruz, Jay Johnson, and Kenny Burkhead are DISMISSED with prejudice;

3) The claims against defendant James Ashley are DISMISSED without prejudice; and

4) This judgment is FINAL and APPEALABLE.

This 9th day of September, 2025.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY